[No. 62768-6-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. JAYDEANE FRANCIS ELL, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00082-9, Charles R. Snyder, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Schindler, JJ.

[No. 62770-8-I.   Division One.   July 19, 2010.]

STEVEN HERNANDEZ ET AL., *Respondents*, v. TIMOFEY FEDORCHENKO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-24359-1, Douglas D. McBroom, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Spearman, JJ.

[No. 62839-9-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LOREN FIFE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-01026-3, Ira Uhrig, J., entered January 6, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Ellington and Appelwick, JJ.

[No. 62916-6-I.   Division One.   July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER L. CARTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05528-7, Monica J. Benton, J., entered January 8, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Ellington, JJ.